UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Emilio Evalio Arenes,<br><br>                            Petitioner<br>v.<br><br>Warden, High Desert State Prison, et al.,<br><br>                            Respondents | Case No.  2:22-cv-01714-JAD-DJA<br><br>**Order Denying IFP Application**<br><br>[ECF No. 1] |

Emilio Evalio Arenes petitions for a writ of habeas corpus under 28 U.S.C. § 2254.[1] Based on the financial information provided, I find that he is able to pay the full $5.00 filing fee in this matter, so I deny his application.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**.  **Petitioner must have the $5.00 fee sent to the Clerk of Court by November 18, 2022, or this case will be dismissed.**

IT IS FURTHER ORDERED that the Clerk of Court is directed to SEND petitioner two copies of this order, and **petitioner must make the necessary arrangements to have one of those copies attached to the check** for the filing fee.

Dated: October 18, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.