**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Emilio Evalio Arenas,<br><br>                         Petitioner<br>v.<br><br>Warden, High Desert State Prison, et al.,<br><br>                         Respondents | Case No.  2:22-cv-01714-JAD-DJA<br><br>**Order Granting Stay and Abeyance**<br><br>ECF No. 7-1 |

     Petitioner Emilio Arenas filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge his Nevada state-court conviction for first-degree murder with use of a deadly weapon and first-degree kidnapping with use of a deadly weapon.[1]  He also asked the court to stay proceedings in this case until his pending state post-conviction proceedings are concluded.[2]  I ordered respondents to respond Arenas' request.[3]  Because respondents state that they do not oppose the request,[4] I exercise my discretion to grant a stay and hold proceedings in abeyance until Arenas completes litigation of his state proceedings.[5]

     IT IS THEREFORE ORDERED that petitioner Arenas's request to stay proceedings **(ECF No. 7-1) is GRANTED**.  This action is stayed pending completion of Arenas's pending state post-conviction proceedings.

---

[1] ECF No. 7.

[2] ECF No. 7-1.

[3] ECF No. 6.

[4] ECF No. 9.

[5] *See Rhines v. Weber*, 544 U.S. 269 (2005); *see also Pace v. DiGuglielmo*, 544 U.S. 408, 416, (2005) (recognizing that a prisoner seeking state post-conviction relief might preserve the timeliness of his federal petition by filing a "protective" federal petition and asking the federal court to stay proceedings).

IT IS FURTHER ORDERED that the stay is conditioned upon Arenas returning to this court with a motion to reopen within **45 days** of issuance of the remittitur by the Supreme Court of Nevada at the conclusion of the state court proceedings.

The Clerk is directed to ADMINISTRATIVELY CLOSE this action.

Dated: January 23, 2023

_____
U.S. District Judge Jennifer A. Dorsey